UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROBERT STANKEWITZ, JR.,    )        1:06-cv-1220-OWW-TAG HC
                                   )
          Petitioner,              )        ORDER DENYING MOTION FOR
                                   )        APPOINTMENT OF COUNSEL
     v.                            )        (Doc. 4)
                                   )
DERRAL G. ADAMS, Warden,           )
                                   )
          Respondent.              )
_____)

Petitioner has requested the appointment of counsel.  (Doc. 4).  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

Petitioner's request for appointment of counsel is based on his assertion that an evidentiary hearing is required at which he would be entitled to counsel. (Doc. 4, p. 1).  However, Petitioner is premature in his assertion that an evidentiary hearing is warranted, since the Court has not conducted a preliminary screening of the petition, nor has Respondent been ordered to answer. It is far from clear that an evidentiary hearing would be required in this case.  At this stage of the proceedings, therefore, the Court does not find that the interests of justice require the appointment of counsel.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 4),  is DENIED.

IT IS SO ORDERED.

Dated:   October 3, 2006                    /s/ Theresa A. Goldner
         j6eb3d                             UNITED STATES MAGISTRATE JUDGE